| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Amy Caton, Esq.<br>P. Bradley O'Neill, Esq.<br>Stephen Zide, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Fax: (212) 715-8000<br><br>**EMMET, MARVIN & MARTIN, LLP**<br>Edward P. Zujkowski, Esq. (EZ 3095)<br>Thomas A. Pitta, Esq. (TP 3018)<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br><br> - and –<br><br>177 Madison Avenue<br>Morristown, New Jersey 07960<br>Telephone: (212) 238-3000<br>Fax: (212) 238-3100<br><br>*Counsel to The Bank of New York Mellon as Trustee* | |
| In re:<br>REVEL AC, INC., et al.,<br><div align="right">Debtors.[1]</div> | Chapter 11<br>Case No. 14-22654 (GMB) |
| THE BANK OF NEW YORK MELLON, ACR ENERGY PARTNERS, LLC,<br><div align="center">Appellants,<br>v.</div><br>REVEL AC, INC., WELLS FARGO BANK, N.A., WELLS FARGO PRINCIPAL LENDING, LLC,<br><div align="right">Appellees.</div> | 15-cv-00877-JBS |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are Revel AC, Inc. (3856), Revel AC, LLC (4456), Revel Atlantic City, LLC (9513), Revel Entertainment Group, LLC (2321), NB Acquisition, LLC (9387), and SI LLC (3856) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 500 Boardwalk, Atlantic City, New Jersey 08401

## **NOTICE OF WITHDRAWAL OF APPEAL**

The Bank of New York Mellon ("<u>BNYM</u>"), in its capacity as trustee for the New Jersey Economic Development Authority Energy Facility Revenue Bonds (ACR Energy Partners, LLC Project), hereby withdraws its Notice of Appeal and Statement of Election filed on February 5, 2015.

Dated:  August 11, 2015

**EMMET, MARVIN & MARTIN, LLP**

By /s/ Thomas A. Pitta
Edward P. Zujkowski, Esq. (EZ 3095)
Thomas A. Pitta, Esq. (TP 3018)
120 Broadway, 32nd Floor
New York, New York 10271

 - and –

177 Madison Avenue
Morristown, New Jersey 07960
Telephone: (212) 238-3000
Fax: (212) 238-3100

**KRAMER LEVIN NAFTALIS &
    FRANKEL LLP**

Amy Caton, Esq.
P. Bradley O'Neill, Esq.
Andrew Dove, Esq.
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Counsel to The Bank of New York Mellon as Trustee*